**FILED**
8/7/2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DIST**
**EASTERN DIV**

15CV6874
JUDGE ST. EVE
MAG. JUDGE COX

Hirmiz, George D )
_____ )
_____ )
_____ )
(Name of the plaintiff or plaintiffs) )
v. )
Travelodge Hotel )
_____ )
_____ )
_____ )
(Name of the defendant or defendants) )

CIVIL ACTION

NO._____

RECEIVED

AUG 0 6 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is ___Hirmiz, George___ of the county of ___Cook___ in the state of ___Illinois___.

3. The defendant is ___Travelodge Hotel Corp.___, whose street address is ___65 E. Harrison St.___, (city) ___Chicago___ (county) ___Cook___ (state) ___IL.___ (ZIP) ___60605___ (Defendant's telephone number) ___(312) - 427 - 8000___

4. The plaintiff sought employment or was employed by the defendant at (street address) ___65 E. Harrison st.___ (city) ___Chicago___ (county) ___Cook___ (state) ___IL.___ (ZIP code) ___60605___

5. The plaintiff [*check one box*]

   (a) ☐  was denied employment by the defendant.

   (b) ☐  was hired and is still employed by the defendant.

   (c) ☒  was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

   (month) __Feb.__ , (day) __24__ , (year) __2015__

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff  [*check*

   *one box*] ☐ has not          filed a charge or charges against the defendant
   ☒ has

   asserting the acts of discrimination indicated in this complaint with any of the following

   government agencies:

   (i)   ☒  the United States Equal Employment Opportunity Commission, on or about

        (month) __May__ (day) __01__ (year) __2015__

   (ii)  ☐  the Illinois Department of Human Rights, on or about

        (month) _____ (day) _____ (year) _____ .

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is

   attached.  ☒ YES.  ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois

   Department of Human Rights to cross-file with the other agency all charges received.  The

   plaintiff has no reason  to believe that this policy was not followed in this case.

7.2   The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

   defendant asserting the acts of discrimination indicated in this court complaint.

☐    Yes (month)_____ (day)_____ (year) _____

☐    No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____ (day) _____ (year) _____.

(c)    Attached is a copy of the

    (i) Complaint of Employment Discrimination,

    ☐ YES    ☐ NO, but a copy will be filed within 14 days.

    (ii) Final Agency Decision

    ☐ YES    ☐ NO, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a)☐    the United States Equal Employment Opportunity Commission has not issued

    a *Notice of Right to Sue.*

(b)☒    the United States Equal Employment Opportunity Commission has issued a

    *Notice of Right to Sue*, which was received by the plaintiff on

    (month)___May___ (day)_12_ (year)_2015_ a copy of which

    *Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a)☐    Age (Age Discrimination Employment Act).

(b)☐    Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

(c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

_____

4

_____

_____

_____

_____

13.     The facts supporting the plaintiff's claim of discrimination are as follows:

_____

_____

_____

_____

_____

_____

14.     **[*AGE DISCRIMINATION ONLY*]**  Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.     The plaintiff demands that the case be tried by a jury. ☒ YES    ☐ NO

16.     THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐     Direct the defendant to hire the plaintiff.

(b) ☐     Direct the defendant to re-employ the plaintiff.

(c) ☐     Direct the defendant to promote the plaintiff.

(d) ☐     Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐     Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐     Direct the defendant to (specify): _____

_____

_____

_____

_____

_____

(g) ☒    If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒    Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_____

(Plaintiff's name)

Hirmiz, George D.

(Plaintiff's street address)

6217 N. Cicero Ave.

Unit A

(City) Chicago (State) IL. (ZIP) 60646

(Plaintiff's telephone number) (773) - 283 - 6254

Date: 08/05/15

6

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | George Hirmiz<br>6217 N. Cicero, Unit A<br>Chicago, IL 60646 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |  |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2015-03611 | Brandi Kraft,<br>Investigator | (312) 869-8153 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

|  |  |
|---|---|
| [ ] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| [ ] | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| [ ] | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| [ ] | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| [X] | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| [ ] | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| [ ] | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_Jeilleene Bowman_       5-12-15

Enclosures(s)       **Julianne Bowman,**<br>**District Director**       (Date Mailed)

cc:

Chief Executive Officer
Travelodge Hotel
65 E. Harrison Avenue
Chicago, IL 60605

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA | |
| | ☒ EEOC | 440-2015-03611 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. George Hirmiz | (773) 283-6254 | 08-19-1956 |

Street Address                                     City, State and ZIP Code

6217 N. Cicero, Unit A, Chicago, IL 60646

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| TRAVELODGE HOTEL | 500 or More | (312) 427-8000 |

Street Address                                     City, State and ZIP Code

65 E. Harrison Avenue, Chicago, IL 60605

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address                                     City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

| | | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|---|
| | | Earliest          Latest |
| ☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN | | 02-24-2015 |
| ☒ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION | | |
| ☐ OTHER (Specify) | | ☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent in or around May 2007. My most recent position was Night Auditor/Front Desk Agent. Respondent is aware of my disability. I requested a reasonable accommodation which was not provided. I complained to no avail. Subsequently, I was subjected to harassment and intimidation. I was discharged.

I believe that I have been discriminated against because of my disability and in retaliation for engaging in protected activity, in violation of the Americans with Disabilities Act of 1990, as amended.

RECEIVED EEOC

MAY 01 2015

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the above is true and correct. | SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| May 01, 2015 | |
| Date          Charging Party Signature | |

# <u>List of events and timeline</u>

**June 2010** start of unsafe conditions EMF and voltage (20% of the time) as tickling and sensations underneath feet. **(When I first noticed)**

**June 2011** start another type of radiations was felt as **pinching to back of the thighs**. (This will act highly when you dealing with computer and any money transactions)

**August 2012** unsafe conditions EMF and Voltage (30% of the time) as tickling and sensations underneath feet.

The above dates June 2010 and August 2012 been recorded in the hotel log book.

**March 2013**, G.M. /son of the owner threaten me that I have to stop wearing the 20 feet wire for grounding, or I will be terminated from the job.

**April 2013**, I told G.M. /son of the owner verbally about the unsafe conditions and that they making me sick, he threaten me that if I repeat that again I will be terminated.

**May 5, 2013** Dr. Janet riddle from UIC medical center said pts remains concerned about EMF at work, she advised me to go to OSHA.

**08/01/2013**, Dr. Conan 773-743-5229 about EMF,
Outside the UIC medical center; privet Dr. who specialty is EMF. Searching for a help.

**October 2, 2013** Dr. Heckerling MD. Pt. gets electricity as sensations and tickling from work and some back pain and it appear that only occur at work, note that pts. In a very high static magnetic fields, can get muscle twitching.

**11/7/2013** DR. Andrew Howard MD, radiation dept. for more advices on issues of electrical exposures, and radiations.

**10/2013** I have purchased myself bracelet w/sr3 for EMF balance from California

**10/2013** I have purchased myself electric a dissipative shoes from timberland co. in California,

**Dec. 2013** unsafe conditions EMF and Voltage (60% of the time) as tickling and sensations underneath feet.

**12/13/2013**, Dr. Hartman's summary, George has been attributing the pain of electric, and Wi-Fi poisoning, so we are thinking might be a problem of nerve damage to his brain, we ordered a CT brain.

1

**January 2014, Gm. warned me several times not to get involved in any issues related to hotel security.**

**Jan. 2014** start searching for privet attorney spoke and explained the issues to: **Craig T. Liljestrand,** 312-704-3647, has extensive experience in the areas of toxic tort, products liability and environmental litigation.  Because OSHA asked me to hire attorney.

**July 2014** called the office **of Governor Patrick Occaner**, asking to meet the governor.

**July 28, 2014**, Rodosta MD, pts. Continues to complain about electrical exposures at work. I asked Dr. Rodosta to call Mat Mcnickls of OSHA (312- 353-2891) which he is more familiar with the radiations issue of the work place. Also I have asked the doctor if write a letter to the employer, that I can set. Due to the numbness that are occurring mainly behind the front desk at work.

**8/2014** I went to the **human rights** to file a complaint of discriminations, but the agent told me that will ask your employer or investigate, then I backed up on the filing.

**October 2014** unsafe conditions EMF and Voltage (80% of the time) as tickling and sensations underneath feet. In additions to the radiations from the back wall.

**October 2014**, went to **FBI, office on 2111 W Roosevelt Rd, Chicago, IL 60608 Phone :**( 312) 421-6700 seeking help?

**October 2014,** M  y health became very poor at high level of chronic stress, after heavy torcher and radiations by the voltage, by October 2014. When the damage to my lower back happened. At this time standing became very hard and either I was leaning on my arm or on my back. I have explained to my doctor what happened to my lower back on the next visit.

**In 2014**, G.M. / son of the owner, used to call me at least ones a day after my shift hours and insult me even some times when I am sleeping. Just to prove his point. When these insulting were affecting my health, then I quit answering his calls.

**2014: Harassment and threatens during October, November, and December:** At the end of 2014 I become very sick, with very poor health and chronic stress, I was been called to a false meeting four times of one hour meetings during the months of October, November, Dec of 2014, these meeting they were threatening to me, because two of them were one to one with the son of the owner/G.M with no agenda planed or were said or any accomplishments, two months after these meeting I was terminated.

2

**02/20/2015** unsafe conditions EMF and Voltage (90% of the time) as tickling and sensations underneath feet. (**Last exposures) and during this time even the lobby of the hotel is contaminated with voltage and EMF. I believe is due to, they are trying to hide and seek and making more damage to the building, or moving from east side of the building to west side of the building.**

**2/24/2015** terminations of employments (the unsafe conditions were available until now)

**02/24/2015** called **OSHA (file still open)** investigator: lamaya jones.

**04/15/2015** called **EEOC, Brandi Kraft** 312-869-8153.

**3/15/2015** DR. Kushner, mark MD. Pts. still complaining of pain from work exposures to electrical shocks and EMF: We will obtain EMG/NCV to determine.

**4/2/2015**, call DR. Andrew Howard MD. Radiations dept. for more help on issues of exposures, my concern was if I got any cancer.

**4/3/2015** EMG notes. There is electrodiagnostic evidence of a sensorimotor peripheral neuropathy. There are features of axonal loss and demyelination in mixed pattern of normal and abnormal conduction more like mononeruritis multiplex. If there is concern for lesions at the spinal cord or brainstem an ssep may be helpful.

**04/05/2015** I have collected my personal file from the hotel: but on this file there are two false papers were never introduced to me as written warning before, which is falls.

***Date and time walked in or called OSHA offices, regardless what the first determinations of OSHA was.***

**May 2013** /2 times walked in des plains, ill
**June 2013** / 6 times called Calumet City, ill.
**July 2013** / 2 times walked in headquarter
**Jan 2014** walked in headquarter office
**April 2014** called and walked in headquarter
**June 2014** walked in headquarter
**July 2014** called headquarter
**October 2014** called headquarter
**November 2014** called headquarter
**Dec 2014** called headquarter

**2/24/2015 terminated me from the job for the following false accusations:**

1) Leave the post: (this is true), when he would have to view of lobby, I don't need to view the lobby there is six security cameras and no manager in duty. And I am not getting paid to view the lobby. And the son of the owner warren I not to get involved in any security issues, other than that the lobby is perfect, since no one take attendants of incoming peoples.

2) No manager in duty for four years.

3) Unsafe post and hazard due to negligence of GM? **This will negate the hotel policy of safe environment.** (For further information about safety, OSHA regulations said if you see hazard you can step away from it, while you doing your job)

**False accusations, I have mistreated a homeless person (mentally ill) on 4/2014.**

This homeless person got into fight three or four times with security Theo during the winter 2014 because he was breaking into the dirty rooms and occupying them for many days. He got caught by the security Theo. Many times either inside the room or in hiding in the stairway and when we call the police he will run away.
Got into fighting a few times during mike front desk agent on Saturday and Sunday. During Dec. 2014 the same person came into the lobby and hit the front desk Sonia with huge snow ball.
In Jan 2015 came to the lobby so he can force himself into the hotel, another security his is mac tried to get him out of the hotel, homeless person griped the yellow moping sign and tried to hit the security in his head. I called the police and him run away, my phone number I registered at 911 on exact time.

And that incident was back in April 2014 there was no verbal or any written warning from the side of the managements against me at that time until when he call me on 02-24-2015. For terminations

According to the letter Sonia wrote to hermize son of the owner, she mentioned that the homeless person came to the hotel three times looking for Theo,

4

**The homeless person has the following details:**

1) Trespassing into the hotel premises without any reason.

2) Breaking into dirty rooms and using them for several days.

3) Fighting with anyone he encounter as a hotel employee, History of one year prove this, see police department records, I called police the third time I was available with the security Mac, because he came to hit Mac with the yellow sign then I called the police immediately with my cell phone the homeless guy ran away then the police arrived and we gave the police his identifications and the police start looking for him in downtown area.

4) There was intentionally negligence of the part of Gm. that he did not take any security measure to prevent from trespassing into the hotel property.

5) When I encountered him I was very sick and under the control of electricity/voltage. He was away from me like 30 feet standing in between the lobby main doors. And according to Sonia this was his 4th. Attempt for trespassing into the property.

6) This person is not of African American origin, he is white, and that is why he called me the N word, he was the action in all of this issue. But for some reason the G.M. /son of the owner did not want to believe anything I said and wants to revers everything been said.

7) I was behind the desk and away from him like 30 feet and no one else was in the lobby during this time, after he left from the door or gone, Then I walked to the backroom and talked to Sonia the other clerk at front desk, and I was laughing about that crazy homeless person and I told Sonia that he was calling me names and he call me the n-word and I repeated his words, it's true that I have repeated his word and it was a slip of tong because I was under attack of electricity or its torturing. And it came out spontaneously; just like if someone calls someone else go to hill and the 2nd person would say you go to hill. Then Sonia went and told that son of the owner/GM. But the son of the owner he tried to reverse the action and put the phrase in the opposite way, so I get to be blamed for it or to serve him at this time. And that incident was back in April 2014 there was no verbal or any written warning from the side of the managements against me at that time until when he call me on 02-24-2015.

Hermize the son of the owner/gm. In other hand tried to a blemish my character, hurt and damage the good conditions and relationship that I have with many friends and coworkers for the last twenty years.

5

### *Problem in the lobby on February 10<sup>th.</sup>*

because there was a security report in the log book security explained everything but, Gm. kept insisting to have my point of view about that incident even though I have wrote to them what happened in a short report and submit it to them on May 12th but still did not like the truth or the content of my report about the incident. I do not know why? In fact I'm not getting paid to solve physical fighting or be in the middle of the fight when the outcome of it is somebody got hurt, I did the right thing by calling the police, *even though they are saying that one of the guys called the police* but in fact, i called the security and I called the police immediately after the incident occurred with my cell phone which is registered in the police department headquarter.

Gm. in several occasions warned me not to get involved in the security jobs since then I have told my coworker to witness that and I have witness for that.

Respondent said *"he felt to report to take any action with regard to the incident of February 10, leading to physical injury"* this don't make sense to me?, what he's talking about?. The answer to this question needs to be asked *to the manager on duty*? And to the six cameras that are installed in the lobby? Also you can ask the security on duty? And Gm. needs to be asked, that you warned me several times not to get involved in the security issues or security job? And I am not getting paid to do security jobs.

The following is the e-mail that I wrote to the front desk manager after I was been requested because they want my input even previously I was warred by the son of the owner not to get involved in any hotel security issues, in addition there was a security report regarding the issue in the log book;

*A few guys 4-5 were sitting in the section of the lobby across from the elevator. They were talking or arguing all together (all at the same time)....2 to 3 hours before break into fighting, then all at once they start screaming on each other's, then got into fighting, one person start bleeding. I called the security immediately, then he asked me to call the police, police arrived, spent time talking to all, writing, and finally problem was solved. and the injured person was taken away and treated, the police left the lobby, I heard the security saying that he wants to clean the lobby, he asked me for the mop, I told him it's in the 2nd floor closed, I saw the security cleaning, and when I left at 7am the lobby was clean.*

The security put a report in the security log book for the hotel management to read. Previously I got warned by the son of the owner not to get involved in any hotel securities issues, because if I get involved, then the problem is solved, and for some reason they do not want that to happen?.
Then the second day you hear from them that your input was not enough for that issue.

6

# <u>Searching for the truth?</u>

# <u>Questions and answers:</u>

*Q: "received harmful electrical shocks while standing in front of the hotel front desk, got sick and numbness on the lower body and fever*? In the form of voltage and EMF.

 A: the witnesses are employees and coworkers:

Rudy and Carl securities have also felt these electrical shocks while they came to in the front desk area at the time they were working for the hotel.  Viola security and john the limo. driver, noticed that my body temperature was higher than normal and having fever that was due to ionic magnetic waves, due to that I used to go outside under rain or snow to cool my body by standing outside when the temperature is -20 degrees and viola she warn me several times that I will get more sick. All my coworker employee and supervisors are my witness.

Many times when I was leaving the job at 7:00 Am my body was acting funny like handicap man with numbness in the leg and damage spinal cord walking with slightly bended back and my body is at pain almost my nervous system is shutting down.


*Q: Were others employees also exposed to the unsafe conditions?*

A: my coworkers, they felt the unsafe conditions, I saw Montana jumping on a chair and doing the computer work behind the front desk, I saw Watson putting one foot over the other in order to minimize the attacks from underneath his feet, I saw Sonia hair charged w/ big flux, I noticed parvas aggravations within five minutes of walking inside the front desk area. And hear his health complains almost similar symptoms like mine, for more details, See parvas doctor reports and the damages to his heart, carl security said you are very sensitive, he mean EMF sensitivity, carl felt the shocks into his body many times when he used to come behind the front desk, Rudy security felt the shocks and Matthew the security too. Sam maintenance went to sleep at 8 pm on New Year eve after he was working in the basement and got caught to in heavy EMF.Mac always says George when you shake my hand I get electric shock from you.

1

**Q: Did you inform the management about unsafe conditions:**

A: I have recorded these unsafe conditions in the hotel log book. June 2010 and August 2012. To indicate the start of these unsafe conditions. When I first noticed these unsafe conditions.

Also Verbally I have told the G.M./son of the owner, at around May 2013; I am getting sick from the unsafe conditions, he in return threatens me, that if I repeat that again he will terminate me, then I have told OSHA shortly after, and was been recorded in OSHA books.

**Q: "Respondent said that he further measured the electricity"**

A: Yes it is true it is about 1000 times with simple voltage tester that was available in the front desk area that I have measured voltage and flux reading one foot above the counter and reading one foot away from the counter at the front desk now even one time it was during Christmas time where I put the tester on top of the Santa Claus statue that was placed on top of the counter and the hotel still have that statue, I was reading voltage on top of his head and this was not a magic it was a contamination of voltage and flux due to the negligence of the Gm.

The tester was beeping at these location and with that distance if you take these measurements to ask experts in EMF field they can obtain how powerful these waves or just ask them if the voltage/flux I obtained at these measures will make a person with EMF sensitivity sick or not? I have every one witness it in the hotel, every employee and maintenance and the securities.

After they have remodeled the lobby and the front desk, I have tried to use the voltage tester, did not detected any voltage at the height of the front desk counter, but the effect of voltage and radiation become higher for some reason.

Before I stepped away from the desk, I have informed everyone that I am getting sick, many times, Gm. did not care at all, and also said I don't want to hear it again, otherwise I will terminate you from the job?

But, in the other hand, Why the son of the owner owner/gm. said that you can step to the back room, he mentioned this during my termination, he claimed that he told us before, while in the back room you will be in between four walls you cannot see nothing, isn't more appropriate to be in the lobby avoiding EMF, and at the same time answering all phone calls and responding to guests within seconds, did any guest complain? Did any guest complain about me not answering the calls or not serving him on time, or maybe as respondent said that *George was sleeping on the job*, now if I was using my job to sleep, isn't it true that the Gm. called me on my home phone or cell phone while I

2

just went to sleep two hours around about 10:00 am while abusing my sleeping, while and I am hourly employee (punch in 11:00 PM/punch out 7:00 AM).

If I get involved in any hotel security issues at night, the problem would be solved, asks any employee in the hotel, they witness that. But the son of the owner/GM warren me not to get involved in any security issues.

**After I lost hope in the hotel management:**
A: I have asked the maintenance person during my shift his name is Andy, to give me a wire 20 feet long, I have spliced it from both sides, I have wrapped one side of the wire against my waist, and attached the other side to the metal junction box. I felt that I have solved the problems partially, it was ok, because the pain of the voltage overloading was dimensioned from my body, here I was acting just a device within the main circuit, the voltage was in and out, into my body system completely includes blood, brain, heart, nerve system and then moving to the junction box into the grounding, so no voltage pressure was building in my body. This would be true only with availability of the metal junction box.
Then one day hermize youkhana the son of the owner came to me and ask me to remove the wire immediately and if I wear it again I will get terminated from the job. I think the wire here was giving them a bad sign of evidence that the work place is unsafe.

**_Q: What is wrong?_**

A: To the best of my knowledge, there were three or four power cables or power lines they coming from the basement underneath the front desk running to a room about 5 feet away from me going to the 2nd floor.
They might be going to the next building; it could be steeling power from com-ed. The next building which I do not know what type of operations but about five floors lights were on all the time during the nights, and the Travelodge hotel maintenance dept. Used to service that building always, it could be part of the Travelodge hotel.

Also one of the OSHA agent told me that the lights power of the parking lot of park one across from the main hotel building, are also coming from the lobby of Travelodge hotel.

**Back to the issue behind the front desk:**
after the wire has been taken away, And in order to save the remaining part of my health, I have developed a patron that I have to step away from the electric shocks and the EMF field and away from the RF wave every now and then when shocks and radiations are heavy, to minimize the pain or the overloading of voltage in my body, to safe my health (see osha regulations and rules), Stepping away to a much neutral area or locations so I can obtain more grounding , hermize youkhana the son of the owner did not like this, this option that I used for some time, I was been asked, why, the answer was , I am getting sick, and feel like my body is shutting down, but never

3

received a complain about why you are stepping away from the desk, all a sudden come when he terminated me on the 2/24/2015 said that you being avoiding the front desk area. And I believe that while I stepping away from the desk was bringing more attention to the idea of the work place is unsafe place or contain hazard. And then retaliation to the OSHA investigations. This type of intentional negligence with forcing myself to repeatedly stay in the torturing area and these unsafe condition start increasing day after day, until sometime in August 2014 were the exposures start becoming very hazard and the damage to my health become permanent and sustainable, at this point I could not stand, so in order to keep my body at standing position I have to lean against my hands or lean against my back.

During the day I have been terminated on 02/24/2015 10AM, hermize youkhana mentioned this phrase "do you still wear the metal" I think here he mean the 20 feet wire that I asked the maintenance person to give me back in 2012, I used it for grounding myself. The issue of the wire was back then, and it was already forgotten, since he threatens me not to wear it again or I will be fired from the job. The question why suddenly that issue came back to his mind, and he was using it as a revenge or more accurate in retaliation to somebody how discussed the wire issue with hermize youkhana.


*Q: WHY*: **During Dec. of 2014 they start implementing a big project** which may be costing the hotel about 1/4 to ½ million dollars cost, and the project is sprinklers and fire protection systems.
**During the months of Dec. 2014 and Jan. of 2015 the lights of the lobby and front desk back rooms were blinking during the nights include the parking across the street from the hotel; also it was happing to the city of Chicago lights in the streets by the intersection of the Wabash and Harrison, almost for two weeks.**

I have told the management several times, I am under the care of the doctors, my life became unsafe very poor health, sick all the time, it's like torturing by electricity eight hours per day for long time, zero energy, my legs are numb all the time with a lot of pains, I did not live like a human being, did not enjoy the life with my kids and wife, always up set and not capable of making good decisions, encountered a lot of problems due to that. Due to the inflammations and pain in my body I would always go to the health club for light exercise and water exercises. Or sleep most of the time after work because my body has no energy since all the energy was used to fight the electric shocks and EMF at work. I was using eight tablets per day of 200mg Advil pain killer pills.

False accusations !-

GM. / son of the owner [redacted] terminate me on 02/24/2015 based on the following reasons. ①②③ in page 5 and ④ in page 8

① • He said that I did not respond to the e-mail that was forward to me, or a call that was not clear on my answering machine. After two days on Monday I have called the front desk clerk and reported to the hotel at 10 am. This was the e-mail before terminations.

• The manager /son of the owner used to call me while I am sleeping and those calls were like abuse to me, after my shift hours, to discuss problems of the hotel on the previous night. Then after certain time, when this was causing me more stress to my health, I quit answering his calls.

• When I needed their help for an emergency reason during the night, while no manager in duty for five years, they would not answer their phones, or at one time he answered and hung up.

② • Before I stepped away from the desk, I have informed everyone that I am getting sick, many times, Gm. did not care at all, and also said I don't want to hear it again, otherwise I will be terminated  you? I was just avoiding and trying going to a neutral area to prevent being aground for the voltage and EMF. So not to get sick more.

③ • Another false accusation:  I have mistreated a homeless person (mentally ill) on 4/2014.

### _Q: What is the truth? Of the homeless person._

We need to know exactly what happen first and what happened last, that is how justice and law were defined in term what is action and what is the reaction.

Why he is doing these illegal trespassing so many times and not quitting even with so many times that we called the police, and why the hotel management did not take any measures against him. Trespassing into the hotel property for many months and break into the hotel rooms and fight with everyone he encounter from hotel employees, has record with the police department.

This homeless person got into fight three or four times with security Theo during the first quarter of 2014, because he was breaking into the dirty rooms and occupying them for many days. He got caught by the security Theo. Many times either inside the room or in hiding in the stairway, in one occasion it was me and Theo and we call the police he will run away.

5

Got into fighting a few times during mike front desk agent on Saturday and Sunday.

He was trying to get into the hotel in April 2014, that is one year ago, I have never paid attention to who is coming in to the hotel and going out, then all sudden here is the homeless person that I knew from the past due to the trouble making, he stood in between the hotel main door about 30 feet away from myself and start calling me names and among all that yielding he called me n-word, This was the character of that homeless white person always attack first using Rachel words because he is mentally sick. I was behind the desk and away from him like 30 feet and no one else was in the lobby during this time, after he left from the door or gone, Then I walked to the backroom and talked to Sonia the other clerk at front desk, and I was laughing about that crazy homeless person and I told Sonia that he was calling me names and he call me the n-word and I repeated his words , and told him you need to leave the hotel, it's true that I have repeated his word and it was a slip of tong due to unsafe conditions of the hotel, because I was under attack of electricity or its torturing and I was very sick and been aggravated by the voltage. And it came out spontaneously; just like if someone calls someone else go to hill and the 2ND person would say you go to hill. Then Sonia went and told that son of the owner/GM.

But the son of the owner/**GM tried to reverse the actions and reactions**, put the phrase in the opposite way, so I get to be blamed for it or make to serve him at this time.

And the reason behind all that, because the son of the owner with his family initially they were having problems or at upset state with these type of racial issues, and that's the reason that they have dismissed their brother away from the family for a while, until recently they have to decide to bring him back.

This incident was back in April 2014 there was no verbal or any written warning from the side of the managements against me at that time until when he call me on 02-24-2015. Because if there were any warning I would to call OSHA and make them aware of it, or I would tell my coworkers.

Hermize the son of the owner/gm.  In other hand tried to a blemish my character, hurt and damage the good conditions and relationship that I have with many friends and coworkers for the last twenty years in this hotel.

Now back to 04/2014 last year, according to my personal file, and Sonia said that this homeless was his fourth attempt to trespassing into the hotel,

In fact that homeless person is not of any African American ethnicity or original but he is Middle Eastern white?

6

Hermize youkhana son of the owner/GM.  he don't know any facts about this issue but heard it from Sonia , Sonia she did not see and did not hear, I have told Sonia what happen later after the homeless person left.

During Dec. 2014 the same person came into the lobby and hit the front desk Sonia with huge snow ball.

In Jan 2015 came to the lobby so he can force himself into the hotel, another security his is mac tried to get him out of the hotel, he griped the yellow moping sign and tried to hit the security in his head. I called the police and him run away, my phone number I registered at 911 stations.

### _Homeless With the following details:_

1) Trespassing into the hotel premises without any reason?
2) Breaking into dirty rooms and using them for several days.
3) Fighting with anyone he encounter as a hotel employee? History of one year prove this, see police department records, I called police the third time I was available with the security Mac, because he came to hit Mac with the yellow sign then I called the police immediately with my cell phone the homeless guy ran away then the police arrived and we gave the police his identifications and the police start looking for him in downtown area.
4) There was intentionally negligence of the part of Gm. that he did not take any security measure to prevent from trespassing into the hotel property.
5) When I encountered him I was very sick and under the control of electricity voltage and flux. He was away from me like 30 feet standing in between the lobby main doors. And according to Sonia this was his 4th. Attempt for trespassing into the property.
6) This person is not of African American origin, he is white and I am darker than him?
7) Gm. kept insisting on this incident, I think for the reason to defend him or to build up something against me, and that I did not know, the only part he is interested in is what I repeated to him I told Gm. that I repeated his words also I told Sonya at the time that this homeless guy called me names and I repeated that to him and then Sonya she went and told GM.

This homeless person had records within first district headquarters police, because he kept attempting to trespassing and breaking into hotel dirty rooms and stay there using them and get into fights with Theo security, and one time Theo and I , that was a year ago, we got him out , and told Gm. But did not take any security measure to stop him?

Homeless person once came to the lobby was in December of last year and he built himself a snowball and hit Sonya while she was behind the desk working?


**04/05/2015** I have collected my personal file from the hotel: but on the file there are two accusations that hermize said that were introduced to as written warning before, which is falls.

(14) Q: The **_problem in the lobby on February 10th_** ,

**A: Gm. warned me several times not to get involved in any issues related to hotel security**.

Going back to the February 10th incident, I mentioned previously that GM told me and warned me several times not to get involved in security issues or security jobs, otherwise, he would terminate me from the job?

I knew from the minute, I have entered the hotel at 11:00 PM that four or five persons were sitting in the lobby, I felt what is going to be the outcome of those people without saying anything, that predications come with a vision of good leadership and experience, so I left everything, planning, approaching and analyzing all to the security, and there experience and that is what Gm. wants because he don't want me to solve the problem, he don't want to see the problems solved.

there was a security report in the log book security explained everything but , Gm. kept insisting to have my point of view about that incident even though I have wrote to them what happened in a short report and submit it to them on May 12<sup>th.</sup>

GM. did not like the truth or the content of my report about the incident. I do not know why? In fact I'm not getting paid to solve physical fighting. I did the right thing by calling the police, _even though they are saying that one of the guys called the police_ but I in fact, i called the security and I called the police immediately after the incident occurred with my cell phone which is registered in the police department head quarter. Gm. in several occasions warned me not to get involved in the security jobs since then I have told my coworker to witness that and I have witness for that.

8

also respondent said *appear to be sleep* this is totally wrong because before Gm. asked me several times, he said that I see you sometimes you are feeling very tired and sitting on the chair when there is no people on the lobby nothing going on, no phone calls for hours, or that was my break time, I told GM. it is all due to my pain and I am sick but actually I'm not sleeping I was using that area because it's more neutral in terms of EMF waves or less voltage or in she terms this would be away from the source , sometimes you see me like that and I have indicated that in my complaint and told Gm. that I am losing my energy due to chronic stress of my immune system fighting electromagnetic filed and voltage and in fact on the day of termination Gm. himself said your performance is perfect it's not due to your performance or work because I used to serve people in  seconds and everybody witness that and everybody knows that and if you go back to the security camera in the lobby you will see that nobody complains about my work I put 110% out of 100% so, so this sleeping issues is false accusation that the respondent trying to make up more accusation to build up his case against me, also if you are operator to answer all the calls from the switch board there is, no way that you can go to sleep? Otherwise peoples will complain.

respondents said *"video showed that he was away from his desk during the events that occurred in the lobby* and this is wrong, I was alert to everything but I was not standing in the field of EMF which is true, I was just avoiding and trying going to a neutral area to prevent being aground for the voltage and EMF. For not to get sick further.

To witness these facts, everything is recorded and I have responded to the security and to the police within a matter of minutes.

Respondent said *"he felt to report to take any action with regard to the incident of February 10, leading to physical injury"* this doesn't make sense to me? The answer to this question needs to be asked to the manager on duty? And to the six cameras that are installed in the lobby? Also you can ask the security on duty? And Gm. needs to be asked, that you warned me several times not to get involved in the security issues or security job.

9